Nancy K. McCombs
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone:  (415) 678-2626
Email: mcintiremccombs@gmail.com

Attorney for Plaintiff
Adrianne Bell Edwards

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrianne Bell Edwards,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration,<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. CV 10-4512 CW<br><br>STIPULATED REQUEST EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND AND ~~PROPOSED~~ ORDER. |

  The parties request that plaintiff shall have an additional sixty days, to and including March 21, 2011, in which to move for summary judgment.  This is a change from the original date of January 18, 2011.

  (2) Plaintiff seeks additional time due to Attorney Nancy McCombs' heavy case load.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

-1-

1  DATED:    Jan. 19, 2011          By:    /S/ *Nancy K. McCombs*
2                                          NANCY K. MCCOMBS,
                                           Attorney for Plaintiff
3
   DATED:    Jan. 19, 2011          By:    /S/ *Ann L. Maley*
4                                          ANN L. MALEY
                                           Attorney for Defendant
5

6  IT IS SO ORDERED:

7  DATED:    **1/24/2011**          By:    _____
                                           ~~CLAUDIA WILKIN~~   **CLAUDIA WILKEN**
8                                          ~~Magistrate Judge~~   **DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-2-