Nancy K. McCombs
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: mcintiremccombs@gmail.com

Attorney for Plaintiff
Adrianne Bell Edwards

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrianne Bell Edwards,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration,<br><br>    Defendant | Civil Action No. CV 10-4512 CW<br><br>STIPULATED REQUEST EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND AND ORDER. |

    The parties request that plaintiff shall have an additional sixty days, to and including April 15, 2011, in which to move for summary judgment. This is a change from the original date of February 15, 2011, and a change from the date of March 21, 2011, which was issued in an Order by District Judge Wilken on January 24, 2011.

    (2) Plaintiff apologizes for the inconvenience and seeks additional time due to Attorney Nancy McCombs' heavy case load.

////

////

////

-1-

1  / / / /

2

3  DATED:     Jan. 25, 2011            By:     /S/ *Nancy K. McCombs*
                                               NANCY K. MCCOMBS,
4                                              Attorney for Plaintiff

5  DATED:     Jan. 25, 2011            By:     /S/ *Ann L. Maley*
                                               ANN L. MALEY
6                                              Attorney for Defendant

7

8  IT IS SO ORDERED:

9  DATED:     2/2/2011                 By:     [signature]
                                               CLAUDIA WILKEN
10                                             District Judge

-2-