MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY
Special Assistant United States Attorney
California Bar No. 176877

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANE BELL EDWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | **Case No. 10–cv-4512-CW**<br><br>**ENTRY OF JUDGMENT**<br><br>**Court:**   Hon. Claudia Wilken<br>             U.S. District Court Judge |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED:   5/10/2011            _/s/ Claudia Wilken_
                                                 HON. CLAUDIA WILKEN
                                                 UNITED STATES DISTRICT COURT JUDGE